IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02139-REB-KLM

AMY D. LESZMAN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Defendant's Unopposed Motion to Vacate and Reschedule the F.R.C.P. 16(b) Scheduling/Planning Conference [Docket No. 10, Filed October 18, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The Scheduling Conference set for December 5, 2007 at 10:30 a.m. is **vacated** and **RESET** to **December 18, 2007 at 10:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **December 11, 2007.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **December 11, 2007.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated:      October 31, 2007