IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02139-REB-KMT

AMY D. LESZMAN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion for Order to Allow Defendant's Representative to Participate in Scheduled Settlement Conference by Telephone" (#26, filed January 24, 2008) is GRANTED.

Dated: February 6, 2008