# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02139-REB-KMT

AMY D. LESZMAN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

---

# ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Dismiss With Prejudice** [#32], filed March 4, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#32], filed March 4, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for December 19, 2008, is **VACATED**;

3. That the jury trial set to commence January 5, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**